**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-7361

BEN W. BANE,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Cameron McGowan Currie, Senior District Judge.  (2:17-cv-03371-CMC)

Submitted:  March 29, 2019                    Decided:  May 16, 2019

Before AGEE, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ben W. Bane, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ben W. Bane, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Bane's complaint against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bane v. United States*, No. 2:17-cv-03371-CMC (D.S.C. filed Oct. 25, 2018 & entered Oct. 26, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2